J. W. Rhodes, J. T. Rhodes and D. A. Rhodes, partners as N. M. Rhodes Mill & Mercantile Co., Plaintiffs in Error, v. Will Hicks and John Till, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

Blount & Blount for plaintiffs in error.

John C. Avery for defendants in error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for

the plaintiffs, and the defendants take writ of error.   The
judgment is affirmed.

Decision *Per Curiam.*